UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21254
   COREY L JACKSON
   SHIRLEY JACKSON                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1593    SSN XXX-XX-4878

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/13/2007 and was not confirmed.

     The case was dismissed without confirmation 01/30/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US CELLULAR CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| ADP | UNSECURED | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 390.91 | .00 | .00 |
| BALLY TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK SOUTH DAKOTA NA | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO DEPT OF REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | 807.63 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | 8578.00 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | PRIORITY | 32884.69 | .00 | .00 |
| IL STATE DISBURSEMENT UN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FIN/99 | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| RIDDLE & ASSOCITES | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA OPERATIO | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO CENTRAL EP | UNSECURED | 222.00 | .00 | .00 |
| BANK OF AMERICA OPERATIO | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 150.00 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | 11418.40 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 1127.39 | .00 | .00 |
| E R SOLUTIONS INC | UNSECURED | 922.34 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 587.80 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2211.42 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1899.43 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 633.08 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1154.88 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 1166.00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 7779.00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 726.70 | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 3959.86 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 887.73 | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 21254 COREY L JACKSON & SHIRLEY JACKSON

```
ERNESTO D BORGES JR       DEBTOR ATTY         .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00
```

          Summary of Receipts and Disbursements:
```
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                         ---------------     ---------------
TOTALS                             .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 04/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```
```
                         PAGE  2
     CASE NO. 07 B 21254 COREY L JACKSON & SHIRLEY JACKSON
```